SAMUEL EDELMAN, on Behalf of Himself and All Other Stockholders of 123 Cedar Street Corporation Similarly Situated, and on Behalf of Said Corporation, Appellant, *v.* SAM FRINDEL, JR., et al., as Executors of ELIAS A. COHEN, Deceased, et al., Respondents.

Argued October 5, 1955; decided December 28, 1955.

*Jay Leo Rothschild* for appellant.

*Samuel Gottlieb, Alvin T. Sapinsley,* respondent in person, and *Harry Giesow* for Sam Frindel, Jr., and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD and FROESSEL, JJ. VAN VOORHIS and BURKE, JJ., dissent and vote to reverse upon the ground that the personal representatives of Elias A. Cohen were under a fiduciary obligation to come forward with an explanation of the purpose to which these funds of 123 Cedar Street Corporation were applied, and that under the evidence in this record these funds must be held to have been expended for the purchase of an equity interest as contended by plaintiff. Taking no part: DYE, J.